UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Joyce Marks | Case No.: __20-12742/ABA__<br>Chapter: _____<br>Judge: _____ |

## NOTICE OF PROPOSED PRIVATE SALE

_____Joyce Marks_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  US Post Office and Courthouse 2nd Floor
401 Market St
POB 2067
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable ___Andrew B Altenburg Jr___ on ___March 9, 2021___ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, ___Federal Courthouse (above address)___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 269 Factory Rd, Cedarville, NJ 08311-5 bedroom, 3 1/2 baths, 2.89 acres
attached garage, full 3/4 finished basement - about 18 yrs old

Proposed Purchaser: Gregory and Paula Hartley

Sale price: $280,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Anrea Oswald (sellers)   Lakea Nicholson (buyers)-splitting commission
Amount to be paid: $16,800
Services rendered: Preparation of paperwork;showing property;finding buyer;marketing property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: /s/Terry Tucker on behalf of Debtor

Address: 80 W Broad St, Bridgeton, NJ 08302

Telephone No.: 856-453-7440

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-12742-ABA
Joyce L Marks  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Feb 05, 2021      Form ID: pdf905      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joyce L Marks, 269 Factory Rd, Cedarville, NJ 08311-2620 |
| 518719495 | + | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 518776497 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518719497 | + | Central Florida Investments, 2801 Old Winter Rd, Ocoee, FL 34761-2965 |
| 518719498 | + | Global Client Solutions LLC, 4343 S. 118th E. Ave, Suite 220, Tulsa, OK 74146-4402 |
| 518772388 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518719500 | + | Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 518719501 | + | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 518800100 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518719502 | + | Phillips & Cohen, 1004 Justison Street, Wilmington, DE 19801-5148 |
| 518737269 | + | Quicken Loans Inc., Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518767633 | + | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518719504 | + | Transworld Systems, PO Box 15095, Wilmington, DE 19850-5095 |
| 518719505 | + | Wells Fargo, POB 5265, Sioux Falls, SD 57117-5265 |
| 518782322 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2021 22:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2021 22:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518719494 | + | Email/Text: legal@arsnational.com | Feb 05 2021 22:13:00 | ARS National Services Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 518719496 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 05 2021 22:14:00 | Boscov's, PO Box 183003, Columbus, OH 43218-3003 |
| 518719499 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 05 2021 22:12:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518807915 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2021 22:14:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518719503 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 05 2021 22:15:00 | Quicken Loan, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 518760133 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 05 2021 22:15:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518720393 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2021 00:06:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518806094 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 05 2021 23:54:39 | Verizon, by American InfoSource as agent, 4515 |

N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Terry Tucker | on behalf of Debtor Joyce L Marks terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5