Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−12742−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joyce L Marks
   fka Joyce L Cossaboon
   108 Dandelion Road
   Millville, NJ 08332

Social Security No.:
   xxx−xx−4177

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 24, 2020.

On May 20, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:               June 23, 2021
Time:               09:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 20, 2021
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joyce L Marks  
    Debtor

Case No. 20-12742-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: May 20, 2021      Form ID: 185      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joyce L Marks, 108 Dandelion Road, Millville, NJ 08332-5407 |
| r | + | Andrea Oswald, Keller Williams Cumberland County, 1103 S Delsea Dr, Vineland, NJ 08360-6263 |
| 518719495 | + | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 518776497 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518719497 | + | Central Florida Investments, 2801 Old Winter Rd, Ocoee, FL 34761-2965 |
| 518719498 | + | Global Client Solutions LLC, 4343 S. 118th E. Ave, Suite 220, Tulsa, OK 74146-4402 |
| 518772388 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518719500 | + | Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 518719502 | + | Phillips & Cohen, 1004 Justison Street, Wilmington, DE 19801-5148 |
| 518737269 | + | Quicken Loans Inc., Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518767633 | + | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518719504 | + | Transworld Systems, PO Box 15095, Wilmington, DE 19850-5095 |
| 518719505 | + | Wells Fargo, POB 5265, Sioux Falls, SD 57117-5265 |
| 518782322 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 20 2021 21:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 20 2021 21:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518719494 | + | Email/Text: legal@arsnational.com | May 20 2021 21:23:00 | ARS National Services Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 518719496 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 20 2021 21:23:00 | Boscov's, PO Box 183003, Columbus, OH 43218-3003 |
| 518719499 | + | Email/Text: PBNCNotifications@peritusservices.com | May 20 2021 21:23:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518719501 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2021 21:24:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 518800100 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2021 21:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518807915 | | Email/Text: bnc-quantum@quantum3group.com | May 20 2021 21:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518719503 | + | Email/Text: bankruptcyteam@quickenloans.com | May 20 2021 21:24:00 | Quicken Loan, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518760133 | + | Email/Text: bankruptcyteam@quickenloans.com | May 20 2021 21:24:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518720393 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 20-12742-ABA    Doc 57    Filed 05/22/21    Entered 05/23/21 00:16:12    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: 185 | Total Noticed: 26 |

|  |  | May 20 2021 21:44:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| 518806094 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 20 2021 21:46:46 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Terry Tucker | on behalf of Debtor Joyce L Marks terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5