Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−12742−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joyce L Marks
   fka Joyce L Cossaboon
   108 Dandelion Road
   Millville, NJ 08332

Social Security No.:
   xxx−xx−4177

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 23, 2021.

Dated: June 23, 2021
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-12742-ABA |
| Joyce L Marks | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 23, 2021 | Form ID: plncf13 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joyce L Marks, 108 Dandelion Road, Millville, NJ 08332-5407 |
| r | + | Andrea Oswald, Keller Williams Cumberland County, 1103 S Delsea Dr, Vineland, NJ 08360-6263 |
| 518719495 | + | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 518776497 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518719497 | + | Central Florida Investments, 2801 Old Winter Rd, Ocoee, FL 34761-2965 |
| 518719498 | + | Global Client Solutions LLC, 4343 S. 118th E. Ave, Suite 220, Tulsa, OK 74146-4402 |
| 518772388 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518719500 | + | Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 518719502 | + | Phillips & Cohen, 1004 Justison Street, Wilmington, DE 19801-5148 |
| 518737269 | + | Quicken Loans Inc., Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518767633 | + | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518719504 | + | Transworld Systems, PO Box 15095, Wilmington, DE 19850-5095 |
| 518719505 | + | Wells Fargo, POB 5265, Sioux Falls, SD 57117-5265 |
| 518782322 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518719494 | + | Email/Text: legal@arsnational.com | Jun 23 2021 20:37:00 | ARS National Services Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 518719496 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2021 20:37:00 | Boscov's, PO Box 183003, Columbus, OH 43218-3003 |
| 518719499 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 23 2021 20:36:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518719501 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2021 20:37:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 518800100 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2021 20:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518807915 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2021 20:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518719503 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 23 2021 20:37:00 | Quicken Loan, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518760133 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 23 2021 20:37:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518720393 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 20-12742-ABA  Doc 62  Filed 06/25/21  Entered 06/26/21 00:17:06  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: plncf13 | Total Noticed: 26 |

|  |  |  | Jun 23 2021 20:34:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 518806094 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 23 2021 20:45:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Terry Tucker | on behalf of Debtor Joyce L Marks terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5